UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK FERNANDO LUNA RIVERA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION CENTER,

Respondent.

No. 1:26-cv-02371-DAD-AC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 12, 16)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 28, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's first amended *habeas* petition (Doc. No. 12) be granted. (Doc. No. 16.) Specifically, the magistrate judge concluded that petitioner's re-detention without a hearing before a neutral adjudicator violated due process. (*Id.* at 3–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 5.) On July 29, 2026, respondents filed objections to the pending findings and recommendations which are comprised of a single sentence stating that respondents object for the same reasons presented in their prior briefing.

(Doc. No. 17.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 28, 2026 (Doc. No. 16), are ADOPTED IN FULL;
2. Petitioner's first amended petition for writ of *habeas corpus* (Doc. No. 12) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Erick Fernando Luna Rivera, A-File No. 201-544-771, from respondents' custody under the same conditions, if any, he was subject to prior to his re-detention on or about January 21, 2026;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden to demonstrate that petitioner is a danger to the community or a flight risk by clear and convincing evidence;
3. The Clerk of the Court is directed to serve the California City Detention Center with a copy of this order; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE